UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JAMES SCOTT MURPHY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:05CV1062-DJS |
| ) | |
| **DANA D. THOMPSON,** ) | |
| ) | |
| Respondent. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.

Dated this ___23rd___ day of July, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE